IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYDEX PHARMACEUTICALS, INC.

     v.

ALEMBIC GLOBAL HOLDING SA, et al.

)
)
)  Civil Action No.
)
)

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: _April 9, 2019_

Date of Expiration of Patent: _See Below_

Thirty Month Stay Deadline: _October 9, 2021_

\* 9,200,088 expires on March 13, 2029 and 9,493,582 expires on February 27, 2033

_May 23, 2019_
Date

_/s/ Jack B. Blumenfeld_
Attorney(s) for Plaintiff