# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYDEX PHARMACEUTICALS, INC., )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>ALEMBIC GLOBAL HOLDING SA, )<br>ALEMBIC PHARMACEUTICALS, LTD., )<br>and ALEMBIC PHARMACEUTICALS, )<br>INC., )<br>)<br>　　　　Defendants. ) | C.A. NO. 1:19-CV-00956-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 83.5 and the below certification, counsel moves the admission *pro hac vic*e of Charanjit Brahma, Esquire of Benesch, Friedlander, Coplan & Aronoff LLP to represent Defendants Alembic Pharmaceuticals, Ltd., Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc. in this matter.

Dated: August 7, 2020　　　　　　　　**BENESCH, FRIEDLANDER, COPLAN &**
　　　　Wilmington, DE　　　　　　　　　　**ARONOFF LLP**

　　　　　　　　　　　　　　　　　　　　　 */s/ Kevin M. Capuzzi*
　　　　　　　　　　　　　　　　　　　　Kevin M. Capuzzi (DE #5462)
　　　　　　　　　　　　　　　　　　　　1313 N. Market Street, Suite 1201
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 442-7010
　　　　　　　　　　　　　　　　　　　　kcapuzzi@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Alembic Pharmaceuticals, Ltd., Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.*

13686573 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  August 7, 2020         */s/ Charanjit Brahma*
    San Francisco, CA        Charanjit Brahma, Esquire
                                                     Benesch, Friedlander, Coplan & Aronoff LLP
                                                     One Montgomery Tower, Suite 2700
                                                     San Francisco, CA 94104
                                                     Telephone: (628) 600-2241
                                                     cbrahma@beneschlaw.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____
Wilmington, DE                                              THE HONORABLE LEONARD P. STARK
                                                     United States District Court Judge