# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYDEX PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-956 (LPS) (JLH) |
| | ) |
| ALEMBIC GLOBAL HOLDING SA, | ) |
| ALEMBIC PHARMACEUTICALS, LTD. and | ) |
| ALEMBIC PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for exchanging Opening Expert Reports is extended from January 8, 2021 to January 13, 2021.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
*Attorneys for Plaintiff*

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (#5462)
Kate Harmon (#5343)
Noelle B. Torrice (#6957)
1313 North Market Street, Suite 1201
Wilmington, DE  19801
(302) 442-7010
kcapuzzi@beneschlaw.com
kharmon@beneschlaw.com
ntorrice@beneschlaw.com
*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2021.

_____
The Honorable Leonard P. Stark