IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYDEX PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 1:19-cv-00956 (LPS) |
| | ) |
| ALEMBIC GLOBAL HOLDING SA, | ) |
| ALEMBIC PHARMACEUTICALS, LTD. | ) |
| And ALEMBIC PHARMACEUTICALS, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO STAY

WHEREAS, the parties to this action are engaged in ongoing settlement efforts to resolve this matter; and

WHEREAS, the parties would like to focus their resources to facilitate these ongoing settlement efforts between the parties;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this action are stayed from the date of this Order. If by 30 days from the entry of this Order a stipulation of dismissal has not been filed, the parties shall submit a joint status report to the Court setting forth (a) the status of the parties' settlement efforts and (b) their respective views as to whether continuing the stay would be productive. If the Court orders that the stay be lifted, the parties will submit a proposed Scheduling Order within 14 days of such order, or at such time as the Court may direct.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Kevin M. Capuzzi* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | Kevin M. Capuzzi (#5462)<br>Kate Harmon (#5343)<br>Noelle B. Torrice (#5957)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101<br>(302) 442-7010<br>kcapuzzi@beneschlaw.com<br>kharmon@beneschlaw.com<br>ntorrice@beneschlaw.com |
| *Attorneys for Plaintiff CyDex Pharmaceuticals, Inc.* | *Attorneys for Defendants Alembic Global SA, Alembic Pharmaceuticals, Ltd. and Alembic Pharmaceuticals, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| KNOBBE, MARTENS, OLSON, & BEAR LLP | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP |
| Joseph M. Reisman (admitted *pro hac vice*)<br>12790 El Camino Real<br>San Diego, CA 92130<br>(858) 707-4000 Telephone<br>(858) 707-4001 Facsimile<br>joseph.reisman@knobbe.com | Charanjit Brahma<br>One Montgomery Tower<br>120 Kearny Street, Suite 2700<br>San Francisco, CA 94104<br>(628) 600-2241 Telephone<br>(628) 221-5828 Facsimile<br>cbrahma@beneschlaw.com |
| Benjamin A. Katzenellenbogen<br>Ali S. Razai<br>Karen M. Cassidy<br>Kimberly A. Kennedy<br>2040 Main Street. 14th Floor<br>Irvine, CA. 92614<br>(949) 760-0404 Telephone<br>(949) 760-9502 Facsimile<br>ben.katzenellenbogen@knobbe.com<br>ali.razai@knobbe.com<br>karen.cassidy@knobbe.com<br>kimberly.kennedy@knobbe.com | Manish K. Mehta<br>Zaiba Baig<br>Samuel J. Ruggio<br>Tracey Starck<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>(312) 212-4949 Telephone<br>(312) 767-9192 Facsimile<br>mmehta@beneschlaw.com<br>zbaig@beneschlaw.com<br>sruggio@beneschlaw.com<br>tstarck@beneshlaw.com |
| | Michael S. Weinstein<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114 |

2

(216) 363-6228 Telephone
(216) 363-4588 Facsimile
mweinstein@beneschlaw.com

SO ORDERED this _____ day of January 2021.

_____
The Honorable Leonard P. Stark