# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

February 11, 2021

The Honorable Leonard P. Stark    *VIA ELECTRONIC FILING*
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *CyDex Pharm., Inc. v. Alembic Global Holding SA, et al.,* C.A. No. 19-956 (LPS)

Dear Chief Judge Stark:

      Pursuant to the parties' Stipulation and Order to Stay (D.I. 141), we write to provide a brief status report. The parties have made substantial progress toward finalizing an agreement. To allow for continued progress toward settling this dispute, the parties jointly request that the stay continue in place. The parties will file another status report by March 12, 2021.

      Respectfully,

      */s/ Jeremy A. Tigan*

      Jeremy A. Tigan (#5239)

JAT/rs
cc:   All Counsel of Record (via CM/ECF and e-mail)